UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

Case Number: 13-cv-01054-CNC

CONTINENTAL WESTERN INSURANCE
COMPANY

and

REGENT INSURANCE COMPANY

Plaintiffs,

vs.

GREENWICH INSURANCE COMPANY,

Defendant.

### PLAINTIFF CONTINENTAL WESTERN INSURANCE COMPANY'S AMENDED CORPORATE DISCLOSURE STATEMENT

Plaintiff, Continental Western Insurance Company, by and through its attorneys, John R. Chase and Thomas H. Blomstrom of Montgomery, Kolodny, Amatuzio & Dusbabek, LLP, hereby provides the following information in compliance with Fed. R. Civ. P. 7.1 and Civil L.R. 7.1(a):

(1) The full name of every party or amicus that the attorney represents in the case: Continental Western Insurance Company.

(2) If such a party or amicus is a corporation, its parent corporation and a list of any publicly held corporation owning 10% or more of that party's stock: Continental Western Insurance Company is a wholly owned subsidiary of the W.R. Berkley Corporation.

(3) The names of all law firms whose partners or associates are expected to appear for the party in this Court: (a) Montgomery, Kolodny, Amatuzio & Dusbabek, LLP; and (b) Mulherin, Rehfeldt & Varchetto, P.C.

Respectfully submitted this 14th day of October, 2013.

MONTGOMERY, KOLODNY,
AMATUZIO & DUSBABEK, L.L.P.


*s/ John R. Chase*
John R. Chase, Esq., CO Bar No. 30820
Thomas H. Blomstrom, Esq., CO Bar No. 36807
1775 Sherman Street, 21st Floor
Denver, Colorado 80203
Telephone: (303) 592.6600

ATTORNEYS FOR PLAINTIFF CONTINENTAL
WESTERN INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2013, I electronically filed the foregoing **PLAINTIFF CONTINENTAL WESTERN INSURANCE COMPANY'S AMENDED CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Local Counsel for Plaintiff Continental Western Insurance Company*
Joseph G. Skryd, Esq.
Matthew R. Schreck, Esq.
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187

*Counsel for Plaintiff Regent Insurance Company*
Jeffrey A. Evans, Esq.
von BRIESEN & ROPER, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, Wisconsin 53202

*Counsel for Defendant Greenwich Insurance Company*
Christina A. Katt
WI SBN: 1073979
Attorney for Defendant Greenwich Insurance Company
Wilson Elser Moskowitz Edelman & Dicker LLP
740 N. Plankinton Ave, Suite 600
Milwaukee, Wisconsin 53203
Telephone: (414) 276-8816
Fax: (414) 276-8819
Email: christina.katt@wilsonelser.com

Michael P. Tone
IL SBN: 2843749
Attorney for Defendant Greenwich Insurance Company
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois
Telephone: (312) 704-0550
Fax: 312.704.1522
Email: michael.tone@wilsonelser.com
*(Admission Pending)*

3

Kimberly E. Reints Blair
IL SBN: 6272934
Attorney for Defendant Greenwich Insurance Company
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois
Telephone: (312) 704-0550
Fax: 312.704.1522
Email: kimberly.blair@wilsonelser.com
*(Admission Pending)*

        *s/ Vicki Cataldo*
        [Original Signature on File: Vicki Cataldo]