UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY and REGENT INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:13-cv-01054-CNC |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Continental Western Insurance Company and Regent Insurance Company, and Defendant, Greenwich Insurance Company, by and through their respective undersigned counsel, hereby advise the Court that the parties have concluded this action via settlement and move the court for a dismissal with prejudice of this action, each party to bear its own costs and attorney's fees.

Respectfully submitted this 14th day of May, 2014.

| | |
|---|---|
| **MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, L.L.P.** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| *s/ John R. Chase*<br>John R. Chase, CO Bar No. 30820<br>Thomas H. Blomstrom, CO Bar No. 36807<br>1775 Sherman Street, 21st Floor<br>Denver, Colorado 80203<br>Telephone: (303) 592.6600 | *s/ Christina A. Katt*<br>Christina A. Katt, WI SBN: 1073979<br>740 North Plankinton Avenue, #600<br>Milwaukee, Wisconsin 53203<br>Telephone: (414) 276-8816 |
| TRIAL COUNSEL FOR PLAINTIFF CWIC | COUNSEL FOR DEFENDANT GREENWICH INSURANCE COMPANY |

| | |
|---|---|
| **Von BRIESEN & ROPER, S.C.** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| *s/ Jeffrey A. Evans* <br> Jeffrey A. Evans, WI Bar No. 1059025 <br> 411 East Wisconsin Avenue, Suite 1000 <br> Milwaukee Wisconsin 53202 <br><br> TRIAL COUNSEL FOR PLAINTIFF <br> REGENT INSURANCE COMPANY | *s/ Kimberly E. Reints Blair* <br> Michael P. Tone, IL SBN 2843749 <br> Kimberly E. Reints Blair, <br> IL SBN: 6272934 <br> 55 West Monroe Street, Suite 3800 <br> Chicago, Illinois <br> Telephone: (312) 704-0550 <br><br> COUNSEL FOR DEFENDANT <br> GREENWICH INSURANCE COMPANY |

**MULHERIN, REHFELDT & VARCHETTO, P.C.**

*s/ Joseph G. Skryd*
Joseph G. Skryd, IL Bar No. 06198163,
WI Bar No. 1092170
Matthew R. Schreck, IL Bar No. 6283958,
IN Bar No. 27631-45
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
Telephone: (630) 653.9300

LOCAL COUNSEL FOR PLAINTIFF CWIC

2

Case 2:13-cv-01054-CNC    Filed 05/14/14    Page 2 of 3    Document 20

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I caused to be electronically filed the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*Local Counsel for Plaintiff Continental Western Insurance Company*:

Joseph G. Skryd
Matthew R. Schreck
Mulherin, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
mschreck@mrvvlaw.com
jskryd@mrvlaw.com

*Trial Counsel for Plaintiff Regent Insurance Company*:

Jeffrey A. Evans
Von Briesen & Roper, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee Wisconsin 53202
jevans@vonbriesen.com

*Counsel for Defendant Greenwich Insurance Company*:

Christina A. Katt
Wilson Elser Moskowitz Edelman & Dicker LLP
740 North Plankinton Avenue, Suite 600
Milwaukee, Wisconsin 53203
christina.katt@wilsonelser.com

Michael P. Tone
Kimberly E. Reints Blair
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois
michael.tone@wilsonelser.com
kimberly.blair@wilsonelser.com

*s/ Heather Hall*
Heather Hall